
*Matthew T. Newcomer*                      *615 Chestnut Street*
*Direct Dial: (215) 861-8284*               *Suite 1250*
*Facsimile: (215) 861- 8618*                *Philadelphia, Pennsylvania 19106-4476*
*E-mail Address:  matthew.newcomer@usdoj.gov*      *(215) 861-8200*

September 6, 2022

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    <u>United States v. Renato Gioe a/k/a "Gino"</u>
             Crim. No. 22-279

Dear Clerk:

     Please unimpound the Information in regard to the above-captioned case.  The Information was filed on August 26, 2022.

                Very truly yours,

                JACQUELINE C. ROMERO
                United States Attorney

                */s Matthew T. Newcomer*
                Matthew T. Newcomer
                Assistant United States Attorney